UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| **Movant,** | : | |
| | : | |
| v. | : | Miscellaneous Case No. 11-512 (GK) |
| | : | |
| DELOITTE TOUCHE TOHMATSU CPA Ltd., | : | |
| | : | |
| **Respondent.** | : | |

## AMENDED ORDER

It is this 30th day of September, 2011, hereby

**ORDERED**, that this case is referred to Magistrate Judge Robinson for full case management.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**