IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, ) ) ) | |
| Petitioner, ) ) | Miscellaneous Action No. 11-0512 GK/DAR |
| -v.- ) ) | **FILED** |
| DELOITTE TOUCHE TOHMATSU CPA LTD., ) ) ) | JAN 1 3 2012 |
| Respondent. ) ) | Clerk, U.S. District and Bankruptcy Courts |

**ORDER VACATING THE SCHEDULE SET OUT IN THE ORDER
TO SHOW CAUSE AND REQUIRING THE PARTIES TO
NEGOTIATE A NEW SCHEDULE**

The Respondent, having filed an Unopposed Motion to Vacate the Schedule Set Out in the Order to Show Cause and Require the Parties to Negotiate a New Schedule, and the Court having considered the Motion, and good cause having been shown, it is hereby,

ORDERED that the Schedule set out in the Order to Show Cause is vacated and the Parties are required to confer in good faith to agree on a proposed schedule and shall file a joint schedule 10 days after this order is issued. If the parties are unable to agree on a joint schedule, each party shall submit its proposed schedule 10 days after this order is issued.

Judge Deborah A. Robinson
United States Magistrate Judge

Dated: January 13, 2012