**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,  )<br>)<br>           Petitioner,  )<br>)<br>-v.-  )<br>)<br>DELOITTE TOUCHE TOHMATSU CPA LTD.,  )<br>)<br>           Respondent.  )<br>_____  ) | Miscellaneous Action<br>No. 11-0512 GK/DAR |

**UNOPPOSED MOTION OF RESPONDENT DELOITTE TOUCHE**
**TOHMATSU CPA LTD. TO EXTEND DATE TO SUBMIT**
**A SCHEDULE TO JANUARY 27, 2012**

Respondent Deloitte Touche Tohmatsu CPA Ltd. ("DTTC"), by undersigned counsel, respectfully moves this Court to extend the date to submit a schedule until January 27, 2010.  On January 13, 2012, the Court vacated the schedule set forth in the Order to Show Cause and directed DTTC and Petitioner U.S. Securities and Exchange Commission ("SEC") to submit a joint schedule within ten days, or if the parties are unable to agree on a joint schedule, to submit its own proposed schedule.  (Document 15 ("Order Vacating the Schedule set out in the Order To Show Cause and Requiring the Parties to Negotiate an New Schedule").)  The ten-day period to submit a schedule expires January 23, 2012.  DTTC and the SEC have conferred in good faith regarding a joint schedule.  The parties believe that additional time to confer will enable the parties to agree to a joint discovery schedule or, at a minimum, narrow any differences for the Court to resolve.

DTTC files this motion and appears through counsel subject to its objections to service of the Order to Show Cause and related documents, to personal jurisdiction, to venue, and to subject

matter jurisdiction. DTTC expressly reserves its right, at the appropriate time, to raise these objections through motion, responsive pleading, or otherwise.

DTTC and the SEC have conferred regarding this motion. Petitioner SEC does not oppose this motion.

WHEREFORE, for the foregoing reasons, Respondent Deloitte Touche Tohmatsu CPA Ltd. respectfully requests the Court that it extend the date to submit a joint schedule (or, if DTTC and the SEC cannot agree, separate proposed schedules) until January 27, 2012.

Dated: Washington, DC  
      January 23, 2012

Respectfully submitted,

/s/Michael D. Warden/

SIDLEY AUSTIN LLP  
Michael D. Warden (419449)  
HL Rogers (974462)  
Sidley Austin LLP  
1501 K Street, NW  
Washington, DC 20005  
(202) 736-8000

<u>Of counsel</u>:

SIDLEY AUSTIN LLP  
Gary Bendinger  
787 Seventh Avenue  
New York, NY 10019  
(212) 839-5387

David A. Gordon  
One South Dearborn  
Chicago, IL 60603  
(312) 853-7159

*Counsel for Deloitte Touche Tohmatsu CPA Ltd.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Petitioner, )<br>)<br>-v.- )<br>)<br>DELOITTE TOUCHE TOHMATSU CPA LTD., )<br>)<br>Respondent. )<br>_____ ) | Miscellaneous Action<br>No. 11-0512 GK/DAR |

**ORDER EXTENDING THE DATE TO SUBMIT A SCHEDULE UNTIL
JANUARY 27, 2012**

The Respondent, having filed an Unopposed Motion to Extend the Date to Submit a Schedule Until January 27, 2012, and the Court having considered the Motion, and good cause having been shown, it is hereby,

ORDERED that the date to submit a joint schedule (or, if DTTC and the SEC cannot agree, separate proposed schedules) is extended until January 27, 2012.

_____

Judge Deborah A. Robinson
United States Magistrate Judge

Dated: _____

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, ) ) ) Petitioner, ) ) -v.- ) ) DELOITTE TOUCHE TOHMATSU ) CPA LTD., ) ) Respondent. ) _____ ) | Miscellaneous Action No. 11-0512 GK/DAR |

**CERTIFICATE OF SERVICE**

I certify that on January 23, 2012, I served, via email, Respondent's Unopposed Motion to Extend the Date to Submit a Schedule Until January 27, 2012 on:

      Mark Lanpher
      Securities and Exchange Commission
      LanpherM@sec.gov

Dated: Washington, DC       Respectfully submitted,

    January 23, 2012       _____/s/Michael D. Warden/_____

      SIDLEY AUSTIN LLP
      Michael D. Warden (419449)
      HL Rogers (974462)
      Sidley Austin LLP
      1501 K Street, NW
      Washington, DC 20005
      (202) 736-8000

*Counsel for Deloitte Touche Tohmatsu CPA Ltd.*