**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>              Petitioner,<br><br>-v.-<br><br>DELOITTE TOUCHE TOHMATSU CPA LTD.,<br><br>              Respondent. | Miscellaneous Action<br>No. 11-0512 GK/DAR |

**MOTION FOR ADMISSION *PRO HAC VICE* OF GARY BENDINGER**

Pursuant to D.D.C. Local Rule 83.2(d), I, Michael D. Warden, counsel for Respondent Deloitte Touche Tohmatsu CPA Ltd. in the above-captioned matter, hereby moves the Court to admit Gary Bendinger of the firm Sidley Austin LLP *pro hac vice* to appear and participate as counsel or co-counsel in this case for Respondent Deloitte Touche Tohmatsu CPA Ltd.

This motion should not be construed to waive, and does not waive, any defenses available under Federal Rule of Civil Procedure 12.  I file this motion subject to DTTC's objections to service of the Order to Show Cause and related documents, to personal jurisdiction, to venue, and to subject matter jurisdiction. DTTC expressly reserves its right, at the appropriate time, to raise these objections through motion, responsive pleading, or otherwise.

                                                      Respectfully submitted,

Dated:   February 7, 2012                             /s/ Michael D. Warden
                                                      SIDLEY AUSTIN LLP

                                                        Michael D. Warden (DC Bar No. 419449)
                                                        1501 K Street, NW
                                                        Washington, DC 20005
                                                        (202) 736-8000
                                                        mwarden@sidley.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Petitioner, | ) Miscellaneous Action ) No. 11-0512 GK/DAR |
| -v.- | ) ) |
| DELOITTE TOUCHE TOHMATSU CPA LTD., | ) ) ) |
| Respondent. | ) ) |

**CERTIFICATE OF SERVICE**

I certify that on February 7, 2012, I served, via email, Respondent's Motion for Admission *Pro Hac Vice* of Gary Bendinger on:

>Mark Lanpher
>Securities and Exchange Commission
>100 F Street, NE
>Washington, DC 20549
>LanpherM@sec.gov

Respectfully submitted,

Dated: February 7, 2012

/s/ Michael D. Warden
SIDLEY AUSTIN LLP

Michael D. Warden (DC Bar No. 419449)
1501 K Street, NW
Washington, DC 20005
(202) 736-8000
mwarden@sidley.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Petitioner, | ) Miscellaneous Action ) No. 11-0512 GK/DAR |
| -v.- | ) ) |
| DELOITTE TOUCHE TOHMATSU CPA LTD., | ) ) ) |
| Respondent. | ) ) |

**DECLARATION OF GARY BENDINGER IN SUPPORT**
**OF MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.2(d), I, Gary Bendinger, declare under penalty of perjury, and in accordance with 28 U.S.C. § 1746, that the following is true and correct:

1. My full name is Gary Frederick Bendinger.

2. My office address and telephone number are:

   Sidley Austin, LLP
   787 Seventh Avenue
   New York, NY 10019
   (212) 839-5387

3. I have been admitted to the following bars:

   - Utah – 1975

   - United States District Court for the District of Utah – 1975

   - United States Court of Appeals for the Tenth Circuit – 1976

   - United States Supreme Court – 1981

   - United States Court of Appeals for the Ninth Circuit – 1984

   - New York – 2006

- United States District Court for the Eastern District of New York – 2006
- United States District Court for the Southern District of New York – 2006
- United States Court of Appeals for the Second Circuit – 2010

4. I certify that I am a member in good standing and eligible to practice in each jurisdiction and court to which I have been admitted. I certify that I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* before this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia and am not a member of the District of Columbia Bar.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 26, 2012

By: *[signature]*

Gary Bendinger

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Petitioner, | ) ) | Miscellaneous Action No. 11-0512 GK/DAR |
| -v.- | ) ) | |
| DELOITTE TOUCHE TOHMATSU CPA LTD., | ) ) ) | |
| Respondent. | ) ) | |

**ORDER GRANTING MOTION FOR**
**ADMISSION *PRO HAC VICE* OF GARY BENDINGER**

This matter came before the Court on the motion of Michael D. Warden (the "Motion") for the admission *pro hac vice* of Gary Bendinger in the above-captioned matter.  The Court finds that due and proper notice of the Motion was provided to the U.S. Securities and Exchange Commission. Finding that cause exists for the relief requested in the Motion, and otherwise finding it reasonable and necessary to grant the relief requested in the Motion, it is hereby

**ORDERED, ADJUDGED AND DECREED**, that Gary Bendinger is permitted to appear *pro hac vice* in this case as counsel to Respondent Deloitte Touche Tohmatsu CPA Ltd.

Dated: _____, 2012           _____

                                       Entered on the docket _____