IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Petitioner, | ) ) | Miscellaneous Action No. 11-0512 GK/DAR |
| -v.- | ) ) | |
| DELOITTE TOUCHE TOHMATSU CPA LTD., | ) ) ) | |
| Respondent. | ) ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF, FOR PERMISSION TO FILE AN OVERSIZED BRIEF, AND TO ADJOURN THE HEARING**

The Petitioner Securities and Exchange Commission ("SEC") respectfully submits this unopposed motion, with the consent of Deloitte Touche Tohmatsu CPA Ltd. ("DTTC" or the "Respondent"), to request (1) a three-week extension of time for the SEC to file its reply brief in this action; (2) permission for the SEC to file a reply brief of up to 30 pages; and (3) to adjourn the hearing that is currently scheduled for May 4, 2012 to a date approximately two weeks after the SEC's reply brief is due.

The SEC filed this action (the "Application") on September 8, 2011, seeking to enforce an administrative subpoena that it served on Deloitte Touche Tohmatsu CPA Ltd ("DTTC" or the "Respondent") on May 27, 2011 (the "Subpoena"). On January 4, 2012, this Court issued an Order to Show Cause directing DTTC to show cause why it should not be ordered to comply with the Subpoena, and further ordered that the SEC could serve the Order to Show Cause on DTTC's counsel. After the Court's initial

briefing schedule was vacated with the consent of the parties, on March 21, 2012, the Court set the following schedule:

(1) Respondent shall file it opposition to the Petitioner's Application for Order Requiring Compliance with a Subpoena (Document No. 1, Part 2) by no later than April 11, 2012.

(2) Petitioner shall file its reply by no later than May 2, 2012.

(3) A hearing with respect to the pending application is scheduled for 10:00 a.m. on Friday, May 4, 2012.

(Document No. 22, at 1-2).

On April 11, 2012, DTTC filed a Statement of Points and Authorities Opposing the SEC's Application (the "Opposition"), together with supporting declarations and a Motion to Quash the Order to Show Cause. DTTC's Opposition runs 45 pages, and its declarations (including exhibits) run in the hundreds of pages. In light of the volume of materials filed by DTTC, the SEC respectfully requests a three-week extension of time until May 23, 2012, for the SEC to file its reply brief, as well as permission to file a reply brief of up to thirty pages, plus supporting declarations.[1] Moreover, in light of the fact that both DTTC and the Court will need sufficient time to review the SEC's reply brief in advance of any hearing, the SEC respectfully submits that the hearing in this matter should take place at least two weeks after the SEC's reply brief is due. Accordingly, the

---

[1] Under Local Rule 7(e), without prior authorization of the Court the SEC's reply brief would be limited to 25 pages.

SEC respectfully requests that the hearing currently scheduled for May 4, 2012, be rescheduled to a date convenient to the Court at least two weeks after May 23, 2012.

The undersigned counsel has consulted with counsel for DTTC who consents to these requests. A proposed order is attached.

Dated: April 25, 2012

                                      Respectfully submitted,

                                      /s/ Mark Lanpher
                                      Mark Lanpher
                                      Attorney for Plaintiff
                                      SECURITIES AND EXCHANGE COMMISSION
                                      100 F Street, NE
                                      Washington, DC 20549
                                      (202) 551-4879 (Lanpher)
                                      Fax: (202) 772-9228
                                      E-mail: lanpherm@sec.gov

Of Counsel:
ANTONIA CHION
New York Bar Attorney Registration No. 1873405
LISA WEINSTEIN DEITCH
California Bar No. 137492
HELAINE SCHWARTZ
New York Bar Attorney Registration No. 1917046

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Petitioner, | ) Miscellaneous Action ) No. 11-0512 GK/DAR |
| -v.- | ) ) |
| DELOITTE TOUCHE TOHMATSU CPA LTD., | ) ) ) ) |
| Respondent. | ) ) |

**PROPOSED ORDER ENTERING SEC'S PROPOSED BRIEFING SCHEDULE**

Petitioner Securities and Exchange Commission ("SEC"), having filed an Unopposed Motion for Extension of Time to File Reply Brief, For Permission to File an Oversized Brief, and to Adjourn the Hearing, and good cause having been shown, it is hereby,

ORDERED that:

(1) The due date for Petitioner's reply brief is extended from May 2, 2012 to May 23, 2012.

(2) The Petitioner may file a reply brief of up to 30 pages, plus supporting declarations.

(3) The hearing with respect to the pending application is rescheduled from May 4, 2012, to June ____, 2012, at _____.

DATE:

                                                  Judge Deborah A. Robinson
                                                  United States Magistrate Judge

-5-

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2012, I served, via email, a copy of this filing on counsel for the Respondent:

> Michael D. Warden
> Sidley Austin LLP
> 1501 K Street, NW
> Washington, DC 20005
> (202) 736-8000
> mwarden@Sidley.com

Dated:  April 25, 2012

/s/ Mark Lanpher
Mark Lanpher