# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **U.S. Securities and Exchange Commission** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| -v.- | ) | 11 Misc. 512 GK/DAR |
| | ) | |
| **Deloitte Touche Tohmatsu CPA Ltd.** | ) | |
| | ) | |
| Respondent. | ) | |

**SECURITIES AND EXCHANGE COMMISSION'S PROTECTIVE MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO RESPONDENT'S <u>PROTECTIVE MOTION TO QUASH THE ORDER TO SHOW CAUSE</u>**

Mark Lanpher
Assistant Chief Litigation Counsel
U.S. Securities and Exchange
Commission – Enforcement Division
100 F Street, NE
Washington, DC 20549
(202) 551-4879
(202) 772-9282 (fax)
lanpherm@sec.gov

The United States Securities and Exchange Commission ("SEC" or "Commission") respectfully submits this Protective Memorandum of Points and Authorities in an abundance of caution in opposition to the Protective Motion to Quash the Order to Show Cause (the "Protective Motion") filed on April 11, 2012 by Respondent Deloitte Touche Tohmatsu CPA Ltd.'s ("DTTC" or "Respondent").

DTTC filed its Protective Motion seeking an order quashing the Order to Show Cause previously issued by this Court and requiring the SEC to attempt service of the Order to Show Cause through the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents, Nov. 15, 1965, art. 3, 20 U.S.T. 361, 658 U.N.T.S. 163 (the "Hague Convention"), before requesting service via any other means. The SEC opposes this request. Nothing in the Federal Rules of Civil Procedure, the Hague Convention, or the prior orders of this Court required the SEC to exhaust all methods of service before obtaining an order from this Court authorizing the SEC to serve the Order to Show Cause on Respondent's U.S. counsel. Accordingly, there is no basis for this Court now to revisit its prior decision regarding service of the Order to Show Cause or to quash that Order.

The SEC files this Protective Memorandum of Points and Authorities in an abundance of caution pursuant to this Court's Minute Order of April 28, 2012, and to preserve all arguments in opposition to DTTC's Protective Motion. Because DTTC set forth its grounds in support of its Protective Motion in its Memorandum of Points and Authorities Opposing the SEC's Application for Order to Show Cause and Order Requiring Compliance with a Subpoena (Document No. 23), however, the SEC will likewise set forth its argument in opposition to DTTC's Protective Motion in the SEC's reply brief in support of its Application

for Order to Show Cause and Order Requiring Compliance with a Subpoena.[1]  The SEC's reply brief is currently due to be filed on May 23, 2012.

The SEC has consulted with counsel for DTTC, who consents to the SEC's inclusion of a substantive response to DTTC's Protective Motion in the SEC's reply brief, rather than in a separate Memorandum of Points and Authorities in Opposition to the Protective Motion to Quash.

Dated:  Washington, D.C.  
       May 1, 2012

Respectfully submitted,

/s/ Mark Lanpher  
Mark Lanpher  
Assistant Chief Litigation Counsel  
U.S. Securities and Exchange  
Commission – Enforcement Division  
100 F Street, NE  
Washington, DC 20549  
(202) 551-4879  
(202) 772-9282 (fax)  
lanpherm@sec.gov

Of Counsel:  
ANTONIA CHION  
LISA WEINSTEIN DEITCH  
HELAINE SCHWARTZ

---

[1] Notably, this manner of briefing the issue is consistent with the briefing schedule previously entered by this Court.  While DTTC had requested an opportunity to brief the issues of service of the Order to Show Cause separately from the merits of the SEC's Application, (Document No. 18, at 2-3) this Court directed a single set of briefs to be filed (Document No. 21, at 1-2).

4

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 1, 2012, I served, via email, a copy of this filing on counsel for the Respondent:

>Michael D. Warden
>Sidley Austin LLP
>1501 K Street, NW
>Washington, DC 20005
>(202) 736-8000
>mwarden@Sidley.com

Dated:  May 1, 2012

                                              /s/ Mark Lanpher
                                              Mark Lanpher