**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Petitioner, | ) )   Miscellaneous Action )   No. 11-0512 GK/DAR |
| -v.- | ) ) |
| DELOITTE TOUCHE TOHMATSU CPA LTD., | ) ) ) |
| Respondent. | ) ) |
| _____ | ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF AND
TO ADJOURN THE HEARING**

The Petitioner Securities and Exchange Commission ("SEC") respectfully

submits this unopposed motion, with the consent of Deloitte Touche Tohmatsu CPA

Ltd. ("DTTC" or the "Respondent"), to request (1) a 60-day extension of time for the

SEC to file its reply brief in this action until July 23, 2012; and (2) an adjournment of the

hearing that is currently scheduled for June 8, 2012 to a date approximately two weeks

after the SEC's reply brief is due.

The SEC filed this action (the "Application") on September 8, 2011, seeking to

enforce an administrative subpoena that it served on DTTC on May 27, 2011 (the

"Subpoena").  On January 4, 2012, this Court issued an Order to Show Cause directing

DTTC to show cause why it should not be ordered to comply with the Subpoena, and

further ordered that the SEC could serve the Order to Show Cause on DTTC's counsel.

On April 11, 2012, DTTC filed a Statement of Points and Authorities Opposing the

SEC's Application (the "Opposition"), together with supporting declarations and a

Protective Motion to Quash the Order to Show Cause.  By minute order on April 28, 2012, this Court directed that the SEC's reply brief be filed by May 23, 2012, and scheduled a hearing on the SEC's Application for June 8, 2012.

DTTC has argued, among other things, that this Court should not enforce the Subpoena and should instead direct the SEC to seek the requested documents through cooperative channels with the China Securities Regulatory Commission ("CSRC").  In fact, the SEC is engaged in an ongoing dialogue with the CSRC on various matters, including cross-border cooperation.  That dialogue could impact the appropriate resolution in this case.  Accordingly, the SEC respectfully requests a 60-day extension of time to file its reply brief until July 23, 2012, which will give the SEC additional time to pursue this dialogue with the CSRC.  The SEC further requests that the hearing be adjourned to a date approximately two weeks after the SEC's reply brief is due.

The undersigned counsel has consulted with counsel for DTTC who consents to these requests.  A proposed order is attached.

Dated:  May 18, 2012

Respectfully submitted,

/s/ Mark Lanpher
Mark Lanpher
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street, NE
Washington, DC 20549
(202) 551-4879 (Lanpher)
Fax: (202) 772-9228
E-mail: lanpherm@sec.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Petitioner, | ) Miscellaneous Action ) No. 11-0512 GK/DAR |
| -v.- | ) ) |
| DELOITTE TOUCHE TOHMATSU CPA LTD., | ) ) ) |
| Respondent. | ) ) |
| _____ | ) |

**PROPOSED ORDER**

Petitioner Securities and Exchange Commission ("SEC"), having filed an Unopposed

Motion for Extension of Time to File Reply Brief and to Adjourn the Hearing, and good cause

having been shown, it is hereby,

ORDERED that:

(1) The due date for Petitioner's reply brief is extended from May 23, 2012 to July 23,

2012.

(2) The hearing with respect to the pending application is rescheduled from June 8, 2012,

to _____, 2012, at _____.

DATE:

_____
Judge Deborah A. Robinson
United States Magistrate Judge

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 18, 2012, I served, via email, a copy of this filing on

counsel for the Respondent:

> Michael D. Warden
> Sidley Austin LLP
> 1501 K Street, NW
> Washington, DC 20005
> (202) 736-8000
> mwarden@Sidley.com

Dated:  May 18, 2012

/s/ Mark Lanpher
Mark Lanpher