**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,     ) | |
|                                            ) | |
|                                            ) | |
|               Petitioner,                  ) | Miscellaneous Action |
|                                            ) | No. 11-0512 GK/DAR |
| -v.-                                       ) | |
|                                            ) | |
| DELOITTE TOUCHE TOHMATSU CPA LTD.,         ) | |
|                                            ) | |
|                                            ) | |
|               Respondent.                  ) | |
| _____ ) | |

**UNOPPOSED MOTION FOR STAY OF THIS ACTION**

The Petitioner Securities and Exchange Commission ("SEC") respectfully

submits this unopposed motion, with the consent of Deloitte Touche Tohmatsu CPA

Ltd. ("DTTC" or the "Respondent"), to request a six-month stay of this action, including

an adjournment of the July 23, 2012 deadline for the SEC to file its reply brief and an

adjournment of the status conference that is currently scheduled for August 9, 2012.  As

discussed further below, the SEC is requesting this six-month stay because of ongoing

negotiations with a foreign regulator that could impact the appropriate resolution of

this case.  If the Court grants this stay, the SEC would file a status report with the Court

no later than January 18, 2013, to advise the Court of the general status of these

negotiations and, if appropriate, to request that the briefing schedule be reset.

The SEC filed this action (the "Application") on September 8, 2011, seeking to

enforce an administrative subpoena that it served on DTTC on May 27, 2011 (the

"Subpoena").  On January 4, 2012, this Court issued an Order to Show Cause directing

DTTC to show cause why it should not be ordered to comply with the Subpoena, and further ordered that the SEC could serve the Order to Show Cause on DTTC's counsel. On April 11, 2012, DTTC filed a Statement of Points and Authorities Opposing the SEC's Application (the "Opposition"), together with supporting declarations and a Protective Motion to Quash the Order to Show Cause.  By minute order on April 28, 2012, this Court directed that the SEC's reply brief be filed by May 23, 2012, and scheduled a hearing on the SEC's Application for June 8, 2012.

On May 18, 1012, the SEC filed an unopposed motion to extend the time for the SEC to file its reply brief until July 23, 2012, a request which the Court granted the same day.  *See* Docket Nos. 27 & 28.  In seeking that extension, the SEC pointed out that DTTC had argued, among other things, that this Court should not enforce the Subpoena and should instead direct the SEC to seek the requested documents through cooperative channels with the China Securities Regulatory Commission ("CSRC").  The SEC sought the 60-day extension because the SEC was then engaged in an ongoing dialogue with the CSRC on various matters, including cross-border cooperation, which it recognized could impact the appropriate resolution in this case.

Since May 2012, the SEC's dialogue with the CSRC has continued.  For example, in early July 2012, Chairman Mary Schapiro of the SEC visited China to meet with the Chairman of the CSRC as well as other Chinese government officials.  In the course of these meetings, the parties discussed, among other things, the need to develop a mechanism by which the SEC can obtain audit workpapers and other documents from audit firms based in China (including DTTC and other firms) in connection with its

enforcement investigations.  While no agreements were reached, the SEC and the CSRC are continuing these negotiations.  If these negotiations can develop a viable alternative means by which the SEC can obtain the audit workpapers and other documents sought by the Subpoena in the near term, it could have a significant impact on the appropriate resolution of this case.

Accordingly, the SEC respectfully requests that this action be stayed for a period of six-months to permit these negotiations to continue and, more specifically, to permit the SEC additional time to develop a mechanism by which the SEC can obtain audit workpapers and other documents from the CSRC.  If the Court grants this stay, the SEC would file a status report with the Court no later than January 18, 2013, to advise the Court of the general status of these negotiations and, if appropriate, to request that a new briefing schedule be set to address the merits of this case.

The undersigned counsel has consulted with counsel for DTTC, who consents to this request.  A proposed order is attached.

Dated:  July 18, 2012                          Respectfully submitted,

                                               /s/ Mark Lanpher
                                               Mark Lanpher
                                               Attorney for Plaintiff
                                               SECURITIES AND EXCHANGE COMMISSION
                                               100 F Street, NE
                                               Washington, DC 20549
                                               (202) 551-4879
                                               Fax: (202) 772-9228
                                               E-mail: lanpherm@sec.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

U.S. SECURITIES AND EXCHANGE          )
COMMISSION,                           )
                                      )
                 Petitioner,          )   Miscellaneous Action
                                      )   No. 11-0512 GK/DAR
-v.-                                  )
                                      )
DELOITTE TOUCHE TOHMATSU              )
CPA LTD.,                             )
                                      )
                 Respondent.          )
_____ )

**PROPOSED ORDER**

Petitioner Securities and Exchange Commission ("SEC"), having filed an Unopposed

Motion for a Stay of this Action, and good cause having been shown, it is hereby,

ORDERED that:

(1) The pending action is stayed for a period of six months.

(2) The due date for Petitioner's reply brief is adjourned.

(3) The status conference with respect to the pending application, currently scheduled for

August 9, 2012, is cancelled.

(4) The SEC shall file a status report no later than January 18, 2013 to advise the Court of

(1) the general status of its negotiations with the CSRC regarding production of audit

workpapers and other documents, and (2) if appropriate, to propose a new briefing

schedule.

DATE:

_____
Judge Deborah A. Robinson
United States Magistrate Judge

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 18, 2012, I served, via email, a copy of this filing on

counsel for the Respondent:

>Michael D. Warden
>Sidley Austin LLP
>1501 K Street, NW
>Washington, DC 20005
>(202) 736-8000
>mwarden@Sidley.com


Dated:  July 18, 2012

>/s/ Mark Lanpher
>Mark Lanpher