**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,  ) ) ) | |
| Petitioner,  ) ) | Miscellaneous Action No. 11-0512 GK/DAR |
| -v.-  ) ) | |
| DELOITTE TOUCHE TOHMATSU CPA LTD.,  ) ) ) | |
| Respondent.  ) ) | |

**NOTICE OF FILING OF PROPOSED ORDER**

In accordance with this Court's August 7, 2012 Minute Order and the statements of the Court at the August 7, 2012 status conference, the parties hereby file a proposed order to dismiss the two pending motions in this case (Document Number 1, Part 2,[1] and Document Number 24), without prejudice. The parties consent to the entry of this proposed order.


Dated: August 9, 2012                                        Respectfully submitted,


/s/  Mark Lanpher                                  /s/ Michael Warden
Mark Lanpher                                       Michael D. Warden
Attorney for Petitioner                            David Gordon
Securities and Exchange Commission                 Gary Bendinger
100 F Street, N.E.                                 Attorneys for Respondent
Washington, DC 20549                               Sidley Austin LLP
(202) 551-4879                                     1501 K Street, N.W.
Email: lanpherm@sec.gov                            Washington, D.C.  20005
                                                   (202) 736-8080 (Warden)
                                                   Email:  mwarden@sidley.com

---

[1] Document Number 1, Part 1, the SEC's Motion for an Order to Show Cause, was previously granted by this Court (*see*, Document Number 10) and, accordingly, is no longer pending.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, ) ) ) | |
| Petitioner, ) ) | Miscellaneous Action No. 11-0512 GK/DAR |
| -v.- ) ) | |
| DELOITTE TOUCHE TOHMATSU CPA LTD., ) ) ) | |
| Respondent. ) ) | |

**PROPOSED ORDER**

In light of this Court's August 7, 2012 Minute Order staying this action for a period of six months, and with the consent of the parties, the following two outstanding motions in this case are hereby dismissed **without prejudice**:

- Document Number 1, Part 2 – The Motion for an Order Requiring Compliance with a Subpoena filed by Petitioner Securities and Exchange Commission; and

- Document Number 24 – The Motion to Quash the Order to Show Cause filed by Respondent Deloitte Touche Tohmatsu CPA LTD.

This subpoena enforcement action remains pending but stayed in accordance with this Court's August 7, 2012 Minute Order. This Order shall not impact any of the prior orders issued in this case. Accordingly, either of the above-referenced motions may be re-filed at any time, including prior to January 18, 2013, if accompanied by a motion to terminate the stay.

DATE:

                                                Judge Deborah A. Robinson
                                                United States Magistrate Judge