IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, ) ) ) | |
| Petitioner, ) ) | Miscellaneous Action No. 11-0512 GK/DAR |
| -v.- ) ) ) | |
| DELOITTE TOUCHE TOHMATSU CPA LTD., ) ) ) | **FILED** AUG 9 – 2012 |
| Respondent. ) ) | Clerk, U.S. District and Bankruptcy Courts |

**ORDER**

In light of this Court's August 7, 2012 Minute Order staying this action for a period of six months, and with the consent of the parties, the following two outstanding motions in this case are hereby *denied* **without prejudice**:

- Document Number 1, Part 2 – The Motion for an Order Requiring Compliance with a Subpoena filed by Petitioner Securities and Exchange Commission; and

- Document Number 24 – The Motion to Quash the Order to Show Cause filed by Respondent Deloitte Touche Tohmatsu CPA LTD.

This subpoena enforcement action remains pending but stayed in accordance with this Court's August 7, 2012 Minute Order. This Order shall not impact any of the prior orders issued in this case. Accordingly, either of the above-referenced motions may be re-filed at any time, including prior to January 18, 2013, if accompanied by a motion to terminate the stay.

DATE: August 9, 2012

Judge Deborah A. Robinson
United States Magistrate Judge