UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **U.S. Securities and Exchange Commission,** )<br>)<br>Petitioner, )<br>)<br>-v.- )<br>)<br>**Deloitte Touche Tohmatsu CPA Ltd.,** )<br>)<br>Respondent. )<br>) | 11 Misc. 512 GK/DAR |

## NOTICE OF APPEARANCE OF DAVID MENDEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the U.S. Securities and Exchange Commission.

Date:   September 13, 2012.                         */s/ David S. Mendel*
                                                                                David S. Mendel (D.C. Bar #470796)
                                                                                U.S. Securities and Exchange Commission
                                                                                100 F Street, NE
                                                                                Washington, DC 20549
                                                                                (202) 551-4418 (phone)
                                                                                (202) 772-9362 (fax)
                                                                                E-mail:  mendeld@sec.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of September, 2012, I served NOTICE OF APPEARANCE OF DAVID MENDEL via ECF to counsel for the Respondent as follows:

> Michael D. Warden
> Sidley Austin LLP
> 1501 K Street, NW
> Washington, DC 20005
> (202) 736-8000
> mwarden@Sidley.com

*/s/ David S. Mendel*
David S. Mendel (D.C. Bar #470796)
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549
(202) 551-4418 (phone)
(202) 772-9362 (fax)
E-mail:  mendeld@sec.gov