# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **U.S. Securities and Exchange Commission,** )<br>  )<br>Petitioner, )<br>  )<br>-v.- )<br>  )<br>**Deloitte Touche Tohmatsu CPA Ltd.,** )<br>  )<br>Respondent. )<br>  ) | 11 Misc. 512 GK/DAR |

## NOTICE OF WITHDRAWAL OF MARK LANPHER

To:   The clerk of court and all parties of record

PLEASE TAKE NOTICE that Mark Lanpher hereby withdraws his appearance as counsel of record for the Petitioner, United States Securities and Exchange Commission. Please note that David Mendel will remain as counsel of record for the Securities and Exchange Commission.

Date:   September 14, 2012.          */s/ Mark Lanpher*
                                      Mark Lanpher
                                      U.S. Securities and Exchange Commission
                                      100 F Street, NE
                                      Washington, DC 20549
                                      (202) 551-4879 (phone)
                                      (202) 772-9282 (fax)
                                      E-mail:  lanpherm@sec.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of September, 2012, I served NOTICE OF WITHDRAWAL OF MARK LANPHER via ECF to counsel for the Respondent as follows:

>Michael D. Warden
>Sidley Austin LLP
>1501 K Street, NW
>Washington, DC 20005
>(202) 736-8000
>mwarden@Sidley.com

>*/s/ Mark Lanpher*
>Mark Lanpher
>U.S. Securities and Exchange Commission
>100 F Street, NE
>Washington, DC 20549
>(202) 551-4879 (phone)
>(202) 772-9282 (fax)
>E-mail:  lanpherm@sec.gov