**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
|                                                          |   )
**U.S. Securities and Exchange Commission,**   )
|                                                          |   )
               Petitioner,   )
|                                                          |   )
               -v.-   )    11 Misc. 512 GK/DAR
|                                                          |   )
**Deloitte Touche Tohmatsu CPA Ltd.,**   )
|                                                          |   )
               Respondent.   )
_____)

**APPLICATION FOR ORDER REQUIRING COMPLIANCE WITH SUBPOENA**

      The Securities and Exchange Commission (the "Commission"), pursuant to Section 21(c) of the Securities Exchange Act of 1934 ("Exchange Act") [15 U.S.C.§ 78u(c)] and Section 22(b) of the Securities Act of 1933 ("Securities Act") [15 U.S.C. § 77v(b)], hereby re-applies for an order requiring Deloitte Touche Tohmatsu CPA Ltd. ("DDTC" or the "Respondent") to comply with an administrative subpoena (the "Subpoena") served on it by the Commission on May 27, 2011, in connection with a Commission investigation styled, *In the Matter of Longtop Financial Technologies Limited,* SEC File No. HO-11698 (the "Investigation").

      The Commission's prior application for such an order (ECF Document1, Part 2), was denied without prejudice on August 9, 2012, in light of the Court's Order staying the proceedings (Minute Order, August 7, 2012).  As set forth in the accompanying Motion to Lift the Stay and the SEC's Reply Memorandum in Support of Its Application For An Order Requiring Compliance With Subpoena, the SEC is re-filing this Application because the negotiations that prompted the stay have ended unsuccessfully.

In support of the Commission's application, the Commission incorporates by reference its previous filings in support of its initial application (ECF Documents 1, 1-1, 1-2, 1-3, 1-4, 7, 8, 14, and 19).  In addition, the Commission states as follows:

## BACKGROUND

1. The Commission has properly issued and served an administrative subpoena on DTTC in connection with an investigation it is conducting pursuant to its statutory authority.  The Subpoena seeks documents relating to DTTC's auditing of the financial statements of a company known as Longtop Financial Technologies Limited ("Longtop"), a foreign private issuer whose securities were registered with the Commission until December 2011 and have traded on U.S. markets.

2. On September 8, 2011, the Commission filed an Application for an Order to Show Cause and for an Order Requiring Compliance With the Subpoena.

3. Because the Commission had fulfilled all administrative and legal prerequisites to enforcement of the Subpoena, on January 4, 2012 the Court entered an Order to Show Cause directing DTTC to explain why it should not be ordered to comply with the Subpoena.  (ECF Document 11).  The Court further ordered that the Commission could serve the Order to Show Cause on DTTC's U.S. counsel.

4. On April 11, 2012, DTTC filed a Memorandum in Opposition to the Commission's Motion for an Order to Show Cause and for an Order Requiring Compliance with a Subpoena.  (ECF Document 23).  On the same date, DTTC filed a Protective Motion to Quash the Order to Show Cause.  (ECF Document 24).

5. On July 18, 2012, the Commission filed an unopposed Motion for a Stay of the proceedings in light of ongoing negotiations between the Commission and the China Securities Regulatory Commission ("CSRC").  (ECF Document 29).  On August 7,

2012, the Court granted the Commission's Motion for a Stay, and on August 9, 2012, the Court denied the Commission's pending application for an Order Requiring Compliance with the Subpoena without prejudice (ECF Documents 32, 33).  The Court similarly denied DTTC's pending protective Motion to Quash the Order to Show Cause without prejudice (ECF Documents 32, 33).  In denying the Commission's pending application, the Court made clear that the Commission could re-file its Application at any time, including before January 18, 2012, if accompanied by a Motion to Lift the Stay.

6.      In support of this application, the Commission has previously submitted a Declaration of Lisa Deitch (ECF Document 1-2).  A copy of the Subpoena is attached as Exhibit C to the Declaration of Lisa Deitch.  In addition, contemporaneous with the filing of this application, the Commission submits herewith a Declaration of Alberto Arevalo, a Declaration of Ethiopis Tafara, a Declaration of Sarah J. Williams, and a Declaration of Donald Clarke.

## REQUESTED RELIEF

WHEREFORE, the matter having been fully briefed by the parties, including the filing of an Opposition by Respondent and a Reply by the Commission, the Commission respectfully requests that the Court:

(A)     Enter an Order, in the form submitted and attached to the Commission's prior application, directing the Respondent to comply fully with the Subpoena and produce documents as directed;

(B)     Retain jurisdiction over this proceeding until such time as the Respondent fully complies with the terms of the Subpoena; and

(C)     Order such other and further relief as may be necessary and appropriate to achieve compliance with the Subpoena directed to the Respondent.

Dated:  December 3, 2012

        Respectfully submitted,

        */s/ David Mendel*
        DAVID MENDEL (D.C. Bar #470796)
        Assistant Chief Litigation Counsel
        SECURITIES AND EXCHANGE
        COMMISSION
        100 F Street, NE
        Washington, DC 20549
        Phone:  (202) 551-4418
        Fax: (202) 772-9282
        mendeld@sec.gov

        Attorney for Petitioner

Of Counsel:
ANTONIA CHION
New York Bar Attorney Registration No. 1873405
LISA WEINSTEIN DEITCH
California Bar No. 137492
HELAINE SCHWARTZ
New York Bar Attorney Registration No. 1917046

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2012, I served, via email, a copy of the foregoing Application for Order Requiring Compliance With Subpoena on counsel for the Respondent:

> Michael D. Warden
> Sidley Austin LLP
> 1501 K Street, NW
> Washington, DC 20005
> (202) 736-8000
> mwarden@Sidley.com

Dated:  December 3, 2012

> */s/ David Mendel*
> David Mendel