**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Petitioner, )<br>)<br>-v.- )<br>)<br>DELOITTE TOUCHE TOHMATSU CPA LTD., )<br>)<br>Respondent. ) | Miscellaneous Action<br>No. 11-0512 GK/DAR |

**JOINT STIPULATION FOR EXTENSION OF TIME**

Pursuant to Local Civil Rules 7 and 16.6, it is hereby stipulated and agreed by and between the parties of the above-titled action and their respective counsel that the time for filing briefs in response to Petitioner's Motion to Lift the Stay, filed on December 3, 2012, may be extended such that: (1) Respondent's response brief must be submitted to this Court on or before January 7, 2012; and (2) Petitioner's reply brief must be submitted to this Court on or before January 24, 2012.

Date:   December 14, 2012         _____/s/ Michael D. Warden_____
                                  Michael D. Warden (D.C. Bar #419449)
                                  Sidley Austin LLP
                                  1501 K Street, NW
                                  Washington, DC  20005
                                  (202) 736-8000
                                  *Counsel for Respondent*

Date:   December 14, 2012         _____/s/ David Mendel_____
                                  David Mendel (D.C. Bar #470796)
                                  U.S. Securities and Exchange Commission
                                  100 F Street, NE
                                  Washington, DC 20549
                                  (202) 551-4418
                                  *Counsel for Petitioner*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, ) ) ) | |
| Petitioner, ) ) | Miscellaneous Action No. 11-0512 GK/DAR |
| -v.- ) ) | |
| DELOITTE TOUCHE TOHMATSU CPA LTD., ) ) ) | |
| Respondent. ) _____ ) | |

## ORDER SETTING THE BRIEFING SCHEDULE

The Court having considered the parties' Joint Stipulation for Extension of Time, and good cause having been shown, it is hereby,

ORDERED that:

- the date for Respondent to file its Response to the Motion to Lift the Stay be extended until **January 7, 2013**; and

- the date for the Petitioner to file its Reply be extended until **January 24, 2013**.

_____

Judge Deborah A. Robinson
United States Magistrate Judge

Dated: _____