**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Petitioner, | ) ) | Miscellaneous Action No. 11-0512 GK/DAR |
| -v.- | ) ) | |
| DELOITTE TOUCHE TOHMATSU CPA LTD., | ) ) ) | |
| Respondent. | ) ) | |
| _____ | ) | |

**NOTICE OF ENTRY OF APPEARANCE**

Pursuant to Local Civil Rule 83.6, the Clerk of this Court will please note the entry of appearance of the following on behalf of Respondent Deloitte Touche Tohmatsu CPA Ltd., 30/F Bund Center, 222 Yan An Road East, Shanghai, 200002, China:

> Miles N. Ruthberg (D.C. Bar No. 255836)
> LATHAM & WATKINS LLP
> 885 Third Avenue
> New York, NY 10022
> (212) 906-1688
> miles.ruthberg@lw.com
>
> Jamie L. Wine (D.C. Bar No. 502548)
> LATHAM & WATKINS LLP
> 885 Third Avenue
> New York, NY 10022
> (212) 906-2904
> jamie.wine@lw.com

Nothing in this notice of appearance constitutes a waiver of any objections Respondent may make with respect to proper jurisdiction or service of process related to this proceeding.

Date:   December 20, 2012          _____/s/ Michael D. Warden_____

Michael D. Warden (D.C. Bar No. 419449)
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC  20005
(202) 736-8000
*Counsel for Deloitte Touche Tohmatsu CPA Ltd.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Petitioner, | ) ) |  Miscellaneous Action No. 11-0512 GK/DAR |
| -v.- | ) ) |
| DELOITTE TOUCHE TOHMATSU CPA LTD., | ) ) ) |
| Respondent. | ) ) |
| _____ | ) |

**CERTIFICATE OF SERVICE**

I certify that on December 20, 2012, I served, via email, the Notice of Entry of Appearance of Miles N. Ruthberg and Jamie L. Wine on:

> David Mendel
> Securities and Exchange Commission
> 100 F Street, N.E.
> Washington, D.C. 20549-2557
> MendelD@sec.gov

Dated: Washington, DC

December 20, 2012

Respectfully submitted,

_____/s/Michael D. Warden/_____

Michael D. Warden (D.C. Bar No. 419449)
HL Rogers (D.C. Bar No. 974462)
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
(202) 736-8000

*Counsel for Deloitte Touche Tohmatsu CPA Ltd.*