## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Petitioner, | ) )  Miscellaneous Action )  No. 11-0512 GK/DAR |
| -v.- | ) ) |
| DELOITTE TOUCHE TOHMATSU CPA LTD., | ) ) ) |
| Respondent. | ) ) |

## NOTICE OF NAME CHANGE

Deloitte Touche Tohmatsu Certified Public Accountants Ltd., Respondent in this action, respectfully notifies this Court, through undersigned counsel, that it has changed its name to Deloitte Touche Tohmatsu Certified Public Accountants LLP, effective January 1, 2013.


Date:   January 7, 2013


  /s/ Miles N. Ruthberg
LATHAM & WATKINS LLP
Miles N. Ruthberg* (255836)
Jamie L. Wine* (502548)
885 Third Avenue
New York, New York  10022-4834
Tel: (212) 906-1200


  /s/ Michael D. Warden
SIDLEY AUSTIN LLP
Michael D. Warden (419449)
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005
Tel: (202) 736-8000

Gary F. Bendinger, *pro hac vice*
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
Tel: (212) 839-5300

*Counsel for Respondent Deloitte Touche Tohmatsu CPA LLP*

* Mr. Ruthberg and Ms. Wine are submitting petitions for admission to practice before the bar of this Court.  They appear on this notice pursuant to Local Rule 83.2(c)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Petitioner, | ) Miscellaneous Action ) No. 11-0512 GK/DAR |
| -v.- | ) ) |
| DELOITTE TOUCHE TOHMATSU CPA LTD., | ) ) ) |
| Respondent. | ) ) |
| _____ | ) |

**CERTIFICATE OF SERVICE**

I certify that on January 7, 2013, service, via email, of (i) the Opposition of Deloitte Touche Tohmatsu CPA Ltd. ("DTTC") to Motion to Lift the Stay, together with the supporting declaration of Brian E. Kowalski and exhibits thereto; (ii) DTTC's Motion to Extend the Stay and proposed order; and (iii) Notice of Name Change, was made on:

> David Mendel
> Securities and Exchange Commission
> 100 F Street, N.E.
> Washington, D.C. 20549-2557
> MendelD@sec.gov

Dated: Washington, DC             Respectfully submitted,

January 7, 2013                            _____/s/ Michael D. Warden/_____

> Michael D. Warden (D.C. Bar No. 419449)
> SIDLEY AUSTIN LLP
> 1501 K Street, NW
> Washington, DC 20005
> (202) 736-8000

> *Counsel for Deloitte Touche Tohmatsu CPA LLP*