IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>Petitioner,<br><br>-v.-<br><br>DELOITTE TOUCHE TOHMATSU CPA LTD.,<br><br>Respondent. | )<br>)<br>)<br>) Miscellaneous Action<br>) No. 11-0512 GK/DAR<br>)<br>) **DECLARATION OF**<br>) **BRIAN E. KOWALSKI**<br>)<br>)<br>)<br>) |

## DECLARATION OF BRIAN E. KOWALSKI IN SUPPORT OF DELOITTE TOUCHE TOHMATSU CPA LTD.'S OPPOSITION TO MOTION TO LIFT THE STAY

I, Brian E. Kowalski, do hereby declare:

1. I am an associate at the firm of Latham & Watkins LLP, and hereby respectfully submit this declaration in support of Respondent's Opposition to Motion to Lift the Stay.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Order Instituting Administrative Proceedings Pursuant to Rule 102(e)(1)(iii) of the Commission's Rules of Practice and Notice of Hearing, *In the Matter of BDO China Dahua CPA Co. Ltd., et al.*, A.P. No. 3-15116, Order Instituting Proceedings Pursuant to Rule 102(e)(1)(iii) (Dec. 3, 2012).

3. Attached hereto as Exhibit 2 is a true and correct copy of the Division of Enforcement's Motion to Consolidate, *In the Matter of BDO China Dahua CPA Co. Ltd., et al.*, A.P. No. 3-15116 (Dec. 7, 2012).

4. Attached hereto as Exhibit 3 is a true and correct copy of the Division of Enforcement's Status Report, Notice of Motion to Consolidate, and Request for Motion by CALJ

for an Extension of Initial Decision Deadline in this Matter, *In the Matter of Deloitte Touche Tohmatsu CPA Ltd.*, A.F. No. 3-14872 (Dec. 7, 2012). The exhibits to this Status Report have been omitted because they are redundant of Exhibits 1 and 2 to this Declaration.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on January 7, 2013.

_____
Brian E. Kowalski