# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Petitioner,<br><br>-v.-<br><br>DELOITTE TOUCHE TOHMATSU CPA LTD.,<br><br>　　　　Respondent.<br>_____ | )<br>)<br>)<br>)　Miscellaneous Action<br>)　No. 11-0512 GK/DAR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF ENTRY OF APPEARANCE

Pursuant to Local Civil Rule 83.6, the Clerk of this Court will please note the entry of my appearance on behalf of Respondent Deloitte Touche Tohmatsu CPA LLP., 30/F Bund Center, 222 Yan An Road East, Shanghai, 200002, China.

Date: 1/28/2013

　　　　　　　　　　　　s/Miles N. Ruthberg
　　　　　　　　　　　　Miles. N. Ruthberg (D.C. Bar No. 255836)
　　　　　　　　　　　　LATHAM & WATKINS LLP
　　　　　　　　　　　　885 Third Avenue
　　　　　　　　　　　　New York, NY  10022
　　　　　　　　　　　　(212) 906-1688
　　　　　　　　　　　　miles.ruthberg@lw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2013, I served via electronic mail, the Notice of Entry of Appearance of Miles N. Ruthberg on:

David Mendel
Securities and Exchange Commission
100 F Street, NE
Washington, DC  20549-2557
MendelD@sec.gov

                                          s/Miles N. Ruthberg
                                          Miles N. Ruthberg