# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, )<br><br>        Petitioner, )<br>)<br>-v.- )<br>)<br>DELOITTE TOUCHE TOHMATSU CPA LTD., )<br>)<br>        Respondent. )<br>_____ ) | Miscellaneous Action<br>No. 11-0512 GK/DAR |

## NOTICE OF ENTRY OF APPEARANCE

Pursuant to Local Civil Rule 83.6, the Clerk of this Court will please note the entry of my appearance on behalf of Respondent Deloitte Touche Tohmatsu CPA LLP., 30/F Bund Center, 222 Yan An Road East, Shanghai, 200002, China.

Date: 1/28/2013

    s/Jamie L. Wine
Jamie L. Wine (D.C. Bar No. 502548)
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
(212) 906-2904
jamie.wine@lw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2013, I served via electronic mail, the Notice of Entry of Appearance of Jamie L. Wine on:

David Mendel
Securities and Exchange Commission
100 F Street, NE
Washington, DC  20549-2557
MendelD@sec.gov

                                                s/Jamie L. Wine
                                                Jamie L. Wine