# EXHIBIT A

# Deloitte.
# 德勤

德勤华永会计师事务所有限公司
中国上海市延安东路222号
外滩中心30楼
邮政编码：200002

电话：+86 21 6141 8888
传真：+86 21 6335 0003
www.deloitte.com/cn

Deloitte Touche Tohmatsu CPA Ltd.
30/F Bund Center
222 Yan An Road East
Shanghai 200002, PRC

Tel: +86 21 6141 8888
Fax: +86 21 6335 0003
www.deloitte.com/cn

### Consent and Power of Attorney In Accordance With Section 106(d)

By signing this form, the undersigned, on behalf of Deloitte Touche Tohmatsu Certified Public Accountants Limited ("DTT CPA Limited"), a foreign public accounting firm, in accordance with Section 106(d) of the Sarbanes-Oxley Act of 2002, as amended (the "Act"), designates and appoints Deloitte & Touche LLP as agent for purposes of Section 106(d) of the Act, upon whom may be served any request by the Securities and Exchange Commission ("SEC") or the Public Company Accounting Oversight Board ("PCAOB") under Section 106 of the Act, or any process, pleadings, or other papers in any action by the SEC or the PCAOB to enforce Section 106 of the Act, and agrees that Deloitte & Touche LLP may accept service on behalf of DTT CPA Limited of any request by the SEC or PCAOB under Section 106 of the Act, or any process, pleadings, or other papers in any action by the SEC or the PCAOB under Section 106 of the Act, and further agrees that such service may be made by registered or certified mail. This consent is limited to the purposes set forth in Section 106 of the Act, and does not constitute consent to service of any request or process, or jurisdiction, for any other purpose.

DTT CPA Limited certifies that it has duly caused this consent and power of attorney to be signed on its behalf by the undersigned, thereunto duly authorized, in the City of Shanghai, Country of the People's Republic of China this 7th day of March, 2011.

Deloitte Touche Tohmatsu Certified Public Accountants Limited

_____
By: Chris Lu, Partner

This statement has been signed by the following persons in the capacities and on the dates indicated:

Deloitte & Touche LLP

_____
By:


Date: _____

Member of Deloitte Touche Tohmatsu

This is printed on environmentally friendly paper
这是环保纸印刷品