# EXHIBIT 1

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, DC 20549



## FACSIMILE TRANSMITTAL COVER SHEET

### PLEASE DELIVER IMMEDIATELY

| | |
|---|---|
| DATE: | September 6, 2011 |
| TO: | Linda Beyer, Esq. |
| OFFICE: | Deloitte LLP |
| TELEPHONE NUMBER: | 1-212-489-1600 |
| TELECOPIER NUMBER: | 1-212-492-4201 |
| FROM: | Helaine Schwartz |
| TELEPHONE NUMBER: | (202) 551-4826 |
| TELECOPIER NUMBER: | (202) 772-9240 |
| TOTAL NUMBER OF PAGES: | 3 including this cover sheet |

IF YOU DID NOT RECEIVE ALL OF THE PAGES, PLEASE CALL Helaine Schwartz at (202) 551-4826.

MEMO: Please deliver to Ms. Beyer.

Page 1 of 1



**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 F Street, N.E.
Mail Stop 5720-B
Washington, DC 20549

**DIVISION OF ENFORCEMENT**

Helaine Schwartz
schwartzh@sec.gov
Senior Counsel
Telephone: 202-551-4826

September 6, 2011

**SENT CERTIFIED MAIL – RETURN RECEIPT REQUESTED & SMAIL**
Deloitte Touche Tohmatsu Certified Public Accountants Limited
c/o Deloitte LLP as designated agent
Office of General Counsel
1633 Broadway
New York, NY 10019
Attention: Linda M. Beyer, Associate General Counsel

Re: In the Matter of Longtop Financial Technologies Limited ("Longtop") HO-11698

Dear Sir/Madam:

In connection with the above-referenced investigation, pursuant to Section 106 of the Sarbanes-Oxley Act of 2002 and Section 929J of the Dodd-Frank Wall Street Reform and Consumer Protection Act ("Section 106"), the U.S. Securities and Exchange Commission requests that Deloitte Touche Tohmatsu Certified Public Accountants Limited ("DTTC"), produce the following:

- All audit work papers and all other documents related to any audit reports issued, audit work performed, or interim reviews conducted for Longtop from January 1, 2007 to the present.

We request that the documents be sent via overnight mail to the undersigned on or before September 15, 2011. Please notify the staff no later than September 8, 2011, whether DTTC intends to produce the documents directly to the staff. The staff is not agreeing to allow DTTC to meet its production obligations under Section 106 by producing documents to the China Securities Regulatory Commission.

Deloitte Touche Tohmatsu Certified Public Accountants
c/o Deloitte LLP
Page 2

    Please understand that this request, pursuant to Section 106, in no way modifies or supersedes the May 27, 2011 subpoena served on DTTC in connection with the above-captioned investigation. DTTC has distinct and separate obligations to produce documents pursuant to the May 27, 2011 subpoena. This request also does not affect the Commission's ability to enforce the May 27, 2011 subpoena.

    If you have any other questions you may call me, or Lisa Deitch, Assistant Director at 202-551-4999.

Sincerely,

*Helaine Schwartz*

Helaine Schwartz
Senior Counsel