UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**U.S. Securities and Exchange Commission,**   )
                                               )
       Petitioner,                            )
                                               )
       -v.-                                   )     11 Misc. 512 GK/DAR
                                               )
**Deloitte Touche Tohmatsu CPA Ltd.,**         )
                                               )
       Respondent.                            )
_____)


## NOTICE OF APPEARANCE

Pursuant to Local Civil Rules 83.2(e) and (h) and 83.6(a), Jan M. Folena respectfully submits this notice of appearance in the above captioned matter as counsel for Plaintiff, United States Securities and Exchange Commission.

                                                          Respectfully submitted,

Date:   April 9, 2013                          */s/ Jan M. Folena*
                                                        Jan M. Folena (PA Bar #74108)
                                                        U.S. Securities and Exchange Commission
                                                        100 F Street, NE
                                                        Washington, DC 20549
                                                        (202) 551-4738 (telephone)
                                                        (202) 772-9362 (facsimile)
                                                        E-mail:   folenaj@sec.gov

## CERTIFICATE OF SERVICE

I certify that on the 9th day of April 2013, I electronically filed a NOTICE OF APPEARANCE for Jan M. Folena on behalf of Plaintiff, United States Securities and Exchange Commission. Notice will be sent by operation of the Court's electronic filing system to all counsel:

> Michael D. Warden
> Sidley Austin LLP
> 1501 K Street, NW
> Washington, DC 20005
> (202) 736-8000
> mwarden@Sidley.com
>
> Gary F. Bendinger, *pro hac vice*
> Sidley Austin LLP
> 787 Seventh Avenue
> New York, NY 10019
> (212) 839-5300
> gbendinger@sidley.com
>
> Miles N. Ruthberg
> Jamie L. Wine
> 885 Third Avenue
> New York, NY 10022-4834
> (212) 906-1200
> miles.ruthberg@lw.com
> jamie.wine@lw.com

> */s/ Jan M. Folena*
> Jan M. Folena (PA Bar #74108)
> U.S. Securities and Exchange Commission
> 100 F Street, NE
> Washington, DC 20549
> (202) 551-4738 (telephone)
> (202) 772-9362 (facsimile)
> E-mail:  folenaj@sec.gov