UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION : <br> : <br> Petitioner, : <br> : <br> v. : <br> : <br> DELOITTE TOUCHE TOHMATSU : <br> CPA LTD., : <br> : <br> Respondent. : | Civil Action No. 11-mc-512 <br> (GK/DAR) |

## ORDER

Petitioner Securities and Exchange Commission ("SEC") filed an Application for Order to Show Cause and for Order Requiring Compliance with a Subpoena on September 8, 2011 [Dkt. No. 1]. On August 7, 2012, Magistrate Judge Deborah A. Robinson entered a minute order granting an Unopposed Motion for Stay of this Action.

On December 3, 2012, the SEC filed a Motion to Lift the Stay [Dkt. No. 36]. Respondent Deloitte Touche Tohmatsu CPA Ltd. ("Deloitte") opposed that motion on January 7, 2013 [Dkt. No. 42], and filed a Motion to Extend the Stay [Dkt. No. 43]. The SEC opposed Deloitte's motion on January 24, 2013 [Dkt. No. 45] and filed a Reply in Support of its Motion to Lift the Stay [Dkt. No. 44]. On March 4, 2013, the Magistrate Judge issued a

Memorandum Opinion and Order granting granted the SEC's Motion to Lift the Stay and denying Deloitte's Motion to Extend the Stay ("Order") [Dkt. No. 49].

Deloitte objected to the Order within fourteen days as permitted by Federal Rule of Civil Procedure 72(a) [Dkt. No. 53]. The SEC responded to Deloitte's objections [Dkt. No. 55]. Upon consideration of the Order, the Objections, the Responses, the lengthy, and informative, oral argument held before this Court on April 11, 2013, and the entire record herein, it is hereby

**ORDERED**, that Deloitte's objections to Magistrate Judge's decision to grant the SEC's Motion to Lift the Stay and deny Deloitte's Motion to Extend the Stay are **overruled;** and it is hereby

**ORDERED,** that because the original Application for Order Requiring Compliance with Subpoena was dismissed without prejudice [Dkt. No. 33], the Court will establish a new briefing schedule for the renewed Application. The SEC's Memorandum in Support of its Application will be due May 1, 2013. Deloitte's Opposition will be due May 15, 2013, and the SEC's reply, if any, will be due May 22, 2013;[1] and it is hereby

---

[1] The parties are free to resubmit their original briefs and attachments, but the Court will not consider the filings and declarations that have been made since the SEC's renewed

**ORDERED**, that the referral to Magistrate Judge Robinson for full case management is terminated.

April 22, 2013

/s/
Gladys Kessler
United States District Judge

**Copies to:** attorneys on record via ECF

---

Application was filed on December 3, 2012, unless they are properly filed during this round of briefing.

-3-