IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. Securities and Exchange Commission, ) <br> ) <br> Petitioner, ) <br> ) <br> -v.- ) <br> ) <br> Deloitte Touche Tohmatsu CPA Ltd., ) <br> ) <br> Respondent. ) <br> ) | 11 Misc. 512 GK |

**PROPOSED ORDER**

Petitioner Securities and Exchange Commission ("SEC") and Respondent Deloitte Deloitte Touche Tohmatsu CPA Ltd. ("DTTC"), having filed a Joint Motion To Dismiss Without Prejudice, and good cause having been shown, it is hereby ORDERED that:

1. The SEC's Application For Order Requiring Compliance With Subpoena is DISMISSED WITHOUT PREJUDICE.

DATE: Jan. 27, 2014

_Gladys Kessler_
Judge Gladys Kessler
United States District Judge